IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILDAR NIYAZOV<br>             *Plaintiff*<br><br>         v.<br><br>BRIAN MCSHANE, et al<br>*in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement*<br>             *Defendants* | Case No. 25-6404 |

## ORDER

**AND NOW**, this 23rd day of December, 2025, it is **ORDERED** that counsel for the parties are to appear for a status conference on January 6, 2026 at 11:00 a.m., in Chambers Room 6614, 6th floor at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

                                             BY THE COURT:

                                             /s/ Mary Kay Costello
                                             MARY KAY COSTELLO
                                             United States District Judge