**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **Ildar Niyazov**,<br>     *Petitioner*,<br><br>    **v.**<br><br>**MICHAEL ROSE**, in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement;"**J.L. JAMISON**, in his official capacity as Warden of the Federal Detention Center Philadelphia; **DAVID VENTURELLA**, in his official capacity as Acting Director of Immigration and Customs Enforcement; **MARKWAYNE MULLIN**, in his official capacity as Secretary of the Department of Homeland Security; **TODD BLANCHE**, Attorney General of the United States; and the **U.S. Department of Homeland Security**,<br>    *Respondents*. | **Civ. No. 25-6404** |

**<u>ORDER</u>**

**AND NOW**, this 5th day of June, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) of Ildar Niyazov, and all corresponding briefing, it is hereby

**ORDERED** as follows:

1.     The petition is **GRANTED** for the reasons stated in the accompanying

memorandum.

2.     The Government **SHALL PROVIDE** Niyazov with an individualized bond

hearing before an Immigration Judge within seven days of the date of this Order.

At the bond hearing, the Government shall bear the burden of proving that

Niyazov is a flight risk or danger to the community by clear and convincing evidence.

3.     The Government shall certify compliance with this Order on the docket no later than 5:00 p.m. on June 12, 2026.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge