**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Ildar Niyazov**, <br>         *Petitioner*, <br><br>     v. <br><br> **MICHAEL ROSE**, in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement; **J.L. JAMISON**, in his official capacity as Warden of the Federal Detention Center Philadelphia; **DAVID VENTURELLA**, in his official capacity as Acting Director of Immigration and Customs Enforcement; **MARKWAYNE MULLIN**, in his official capacity as Secretary of the Department of Homeland Security; **TODD BLANCHE**, Attorney General of the United States; and the **U.S. Department of Homeland Security**, <br>         *Respondents*. | **Civ. No. 25-6404** |

**ORDER**

**AND NOW**, this 7th day of August, 2026, upon consideration of the Motion to Enforce

(ECF No. 19) of Ildar Niyazov, and all corresponding briefing, it is hereby **ORDERED** that the

motion is **DENIED**.[1]

                                    **BY THE COURT:**

                                      _____
                                      MARY KAY COSTELLO
                                      United States District Judge

---

[1]     As ordered by the Court, Petitioner was provided a bond hearing.  That hearing occurred on June 11, 2026.  Although Petitioner disagreed with the outcome of the hearing, he failed to appeal the decision to the Board of Immigration Appeals.  The Third Circuit's subsequent

decision in Petitioner's favor does not retroactively invalidate the prior bond hearing.  To the extent the Third Circuit's decision constitutes a material change in circumstances, Petitioner should seek relief through available administrative channels.