**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Ildar Niyazov**,
*Petitioner*,

v.

**MICHAEL ROSE**, in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement;"**J.L. JAMISON**, in his official capacity as Warden of the Federal Detention Center Philadelphia; **DAVID VENTURELLA**, in his official capacity as Acting Director of Immigration and Customs Enforcement; **MARKWAYNE MULLIN**, in his official capacity as Secretary of the Department of Homeland Security; **TODD BLANCHE**, Attorney General of the United States; and the **U.S. Department of Homeland Security**,
*Respondents*.

**Civ. No. 25-6404**

**ORDER**

**AND NOW**, this 28th day of September, 2026, upon consideration of the Motion for Reconsideration (ECF No. 26) of Ildar Niyazov, it is hereby **ORDERED** that the Government shall file a response by October 7, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge